# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JACQUELINE VALDEZ

VERSUS

EAGLE ENVIRONMENTAL
SERVICES, INC., RAYMOND
STURDIVANT AND PEERLESS
INSURANCE COMPANY

NO.  2019 CW 0847

**MAR 1 0 2020**

---

In Re:   Admiral Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 117077.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's correspondence advising that all claims in this matter have been settled.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT